IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALOI, GERARD O'SULLIVAN, ANTHONY CAPOGNA, MICHAEL RUMPEL, CHRISTINE FEINGOLD, STEVEN MAY, BRUCE DAVIS, and MICHAEL JACOBS *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, and THOMAS RYAN,<br><br>*Defendants* | CASE NO.: 5:10-cv-01528-NAM -GHL |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 14 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs in the above-captioned action hereby voluntarily dismiss their claims without prejudice.

Dated: May 17, 2011

Respectfully Submitted,

IT IS SO ORDERED.

*/s/ Norman A. Mordue*

Norman A. Mordue
Chief Judge

Dated: June 14, 2011

*/s/ Sarah E. Cressman*

THOMAS & SOLOMON LLP
Nelson Thomas, Esq., Bar Roll No. 509525
Annette M. Gifford, Esq. Bar Roll No. 512567
Sarah E. Cressman, Esq., Bar Roll No. 516665
693 East Avenue
Rochester, NY 14607
Tel: (585) 272-0540

1

Fax: (585) 272-0574
nthomas@theemploymentattorneys.com
agifford@theemploymentattorneys.com
scressman@theemploymentattorneys.com

*Attorneys for Plaintiffs*